IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JEREMY GERALD,**

    **Plaintiff,**

**vs.**                                                 **4:05-CV-396-SPM/AK**

**MADISON COUNTY SHERIFF'S OFFICE, et al.,**

    **Defendant.**

_____/

**O R D E R**

This cause is before the undersigned upon Plaintiff's initial Civil Rights Complaint Form under 42 U.S.C. § 1983, Doc. 1, and a motion to proceed in forma pauperis, Doc. 2.

However, Plaintiff has failed to utilize the appropriate court forms for a section 1983 complaint and Motion To Proceed In Forma Pauperis,  Local court rules provide that no "civil action commenced by *pro se* litigants under 42 U.S.C. §§ 1331, or 1346, shall be considered by the court unless the appropriate forms have been properly completed and filed by the litigant." N.D. Fla. Loc. R. 5.1(J)(2).  Plaintiff must, therefore, submit an "amended complaint and a In Forma Pauperis motion," clearly designated as such, on court forms which will be provided to him by the Clerk of Court.

Accordingly, it is **ORDERED:**

1.  The Clerk of Court is directed to forward to Plaintiff a motion to proceed in forma pauperis and two (2) § 1983 complaint forms along with one additional copy of his complaint, if available, so that Plaintiff can file his amended complaint in its entirety and Plaintiff shall have until **NOVEMBER 28, 2005**, to file an amended in forma pauperis motion and civil right complaint which shall be typed or clearly written and submitted on court forms.

3.  **Failure to comply with the order of this court may result in a recommendation of dismissal of this action.**

4.  The clerk shall notify chambers of the undersigned when the response is filed but no later than **NOVEMBER 28, 2005.**

**DONE AND ORDERED** this **27th** day of October, 2005.

s/ A. KORNBLUM
**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**

4:05CV396spm/ak