IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEREMY GERALD,

        Plaintiff,

vs.                                              CASE NO. 4:05cv396-SPM/AK

MADISON COUNTY
SHERIFF'S OFFICE, et al.,

        Defendants.

_____/

## **ORDER**

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated December 27, 2006 (doc. 16), recommending dismissal of this case with prejudice for failure to prosecute and failure to comply with a court order. Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Instead, Plaintiff seeks a voluntary dismissal of his case (doc. 19).

Plaintiff has a right to voluntarily dismiss his case under Federal Rule of Civil Procedure 41(a)(1)(i). The Court notes for the record that the voluntary dismissal does not affect assessment and collection of the filing fee under 28 U.S.C. § 1915(b). See Hatchet v. Nettles, 201 F.3d 651, 654 (5th Cir. 2000) (the

filing fee is assessed at the time the complaint is filed and the obligation to pay is not negated by a voluntary dismissal).

Accordingly, it is hereby ORDERED as follows:

1. The report and recommendation (doc. 16) is moot.

2. This case is dismissed in accordance with Federal Rule of Civil Procedure 41(a)(1)(i).

DONE AND ORDERED this 14th day of June, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge